UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RAPHAEL FLANCY,

Petitioner,

v.

JEREMY CASEY,

Respondent.

Case No.:  26-cv-2003-RSH-DDL

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On March 27, 2026, petitioner Raphael Flancy filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner asserts that he is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a), but has not received a hearing. *Id.* at 4–5. On April 6, 2026, Respondents filed a return stating that they do not oppose such relief. ECF No. 5 at 1–2. Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court within ***seven (7) days*** of this order pursuant to 8 U.S.C. § 1226(a).

**IT IS SO ORDERED**.

Dated: April 7, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-2003-RSH-DDL